[No. 56176-6-I. Division One. June 19, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. DWAYNE THALLEN HOUSTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-10583-4, Mary Yu, J., entered April 29, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56201-1-I. Division One. June 19, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. RICKY LEE LEWIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 93-1-00612-4, Laura Gene Middaugh, J., entered May 11, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56218-5-I. Division One. June 19, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. CHIDI OMARI FLETCHER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-06876-9, Bruce W. Hilyer, J., entered May 11, 2005. *Reversed* by unpublished per curiam opinion.

[No. 56266-5-I. Division One. June 19, 2006.]

SANDY PAGE ET AL., *Appellants,* v. RICHARD A. CRINZI, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-24222-3, Richard A. Jones, J., entered April 22, 2005. *Affirmed* by unpublished per curiam opinion.